STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **I-SENS USA, INC.**, <br><br> *Defendant*. | **CASE NO.: 2:21-cv-09614-GW-SK** <br><br> **PATENT CASE** <br><br> **JOINT STIPULATION OF DISMISSAL** |

Plaintiff Display Technologies, LLC and i-SENS USA, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: January 21, 2022 | Respectfully submitted, |
| | */s/Stephen M. Lobbin* |
| | Stephen M. Lobbin |
| | sml@smlavvocati.com |
| | SML AVVOCATI P.C. |
| | 888 Prospect Street, Suite 200 |
| | San Diego, California 92037 |
| | (949) 636-1391 (Phone) |
| | |
| | ***Attorney(s) for Plaintiff*** |
| | |
| | **FISH & RICHARDSON P.C.** |
| | |
| | By: */s/Rodeen Talebi* |
| | Rodeen Talebi (CA SBN 320392) |
| | FISH & RICHARDSON P.C. |
| | 633 West Fifth Street, 26th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 533-4240 |
| | Facsimile: (858) 678-5099 |
| | |
| | Neil J. McNabnay (*Pro Hac Vice*) |
| | mcnabnay@fr.com |
| | Ricardo J. Bonilla (*Pro Hac Vice*) |
| | rbonilla@fr.com |
| | Aaron P. Pirouznia (*Pro Hac Vice*) |
| | pirouznia@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| | |
| | ***Attorney(s) for Defendant*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin