JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DISPLAY TECHNOLOGIES, LLC, | Case No.  CV 21-9614-GW-SKx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| I-SENS USA, INC., | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED all claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 24, 2022    _____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE